Order issued November 20, 2012                      005017



In The
# Court of Appeals
## Fifth District of Texas at Dallas

---

No. 05-12-01554-CV

---

**WALTER MITCHELL, Appellant**

**V.**

**DALLAS COUNTY, ET AL., Appellees**

---

## ORDER

---

We **DENY** as moot appellant's November 15, 2012 motion for an extension of time to file a notice of appeal. Appellant's notice of appeal was timely filed on November 15, 2012.

ELIZABETH LANG-MIERS
JUSTICE